EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                    | 2023 TSPR 45     |
|                           |                  |
| Ismael E. Jusino Torres   | 211 DPR ___      |

Número del Caso: TS-10,002

Fecha: 10 de abril de 2023

Abogado de la parte peticionaria:

    Lcdo. José E. Valenzuela Alvarado

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ismael E. Jusino Torres

TS-10,002

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de abril de 2023.

Examinada la *Moción en cumplimiento de orden sobre reinstalación* presentada por el Sr. Ismael E. Jusino Torres, se le reinstala al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo